

**08 CV 3693**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISCOVISION ASSOCIATES, a California partnership,

    Plaintiff,

v.

TOSHIBA CORPORATION, a Japanese corporation,

    Defendant.

---

Case No. 

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Discovision Associates (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Pioneer Corporation.

Dated: April 17, 2008

                                  *William T. Bissell (md)*
                                  Signature of Attorney
                                  Attorney Bar Code: WB-5817

40027775_1.DOC