AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

DISCOVISION ASSOCIATES,
a California partnership, Plaintiff

V.

TOSHIBA CORPORATION,
a Japanese corporation, Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 Civ.

**08 CV 3693**

**JUDGE BAER**

TO: (Name and address of Defendant)

Toshiba Corporation
1-1, Shibaura 1-chome
Minato-ku
Tokyo 105-8001
Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. Bisset
Hughes Hubbard & Reed LLP
350 South Grand Avenue
36th Floor
Los Angeles, California  90071-3442

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 1 7 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                      *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HUGHES HUBBARD & REED LLP
William T. Bisset (bisset@hugheshubbard.com)
350 South Grand Avenue
36th Floor
Los Angeles, California 90071-3442
Tel: (213) 613-2881

HUGHES HUBBARD & REED LLP
James B. Kobak, Jr. (kobak@hugheshubbard.com)
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>        Defendant. | No. 08 Civ. 3693 (HB) |

### CERTIFICATE OF SERVICE

I, Marina Drapey, being duly sworn, depose and say that I am over the age of eighteen (18) years, not a party to this action, and that on the 21st day of April, 2008, I served copies of **SUMMONS AND COMPLAINT** on Defendant herein by registered airmail, in accordance with Section 11.1.2 of the Non-Exclusive Limited Worldwide Patent License Agreement for Playback and Recording Products (the "License Agreement") between Plaintiff and Defendant, by delivering said copies securely enclosed in a properly addressed envelope to

40028861_1.DOC

the exclusive care and custody of the United States Postal Service, addressed to said Defendant as follows:

> Mr. Tsuneo Toda
> General Manager
> Intellectual Property Division
> Digital Media Network Company
> Toshiba Corporation
> 1-1 Shibaura, 1-chome
> Minato-ku, Tokyo 105-8001

I further testify under the penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2008
New York, New York

_____
Marina Drapey

40028861_1.DOC