UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>Defendant. | Civil Action No. 08-cv-3693 (HB) (AJP)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT, Frank J. Colucci (FC-8441), the undersigned, appears as attorney for defendant, TOSHIBA CORPORATION, in the above-captioned civil action.

Dated:   New York, New York
         May 22, 2008

                                        COLUCCI & UMANS

                                        By: /s/ Frank J. Colucci
                                        Frank J. Colucci (FC-8441)
                                        218 East 50th Street
                                        New York, New York 10022
                                        Telephone: (212) 935-5700
                                        Facsimile: (212) 935-5728
                                        FColucci@colucci-umans.com

                                        Attorneys for Defendant

-2-

## CERTIFICATE OF SERVICE

It is hereby certified that on May 22, 2008, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the U.S. District Court for the Southern District of New York's Local Rules, and/or the U.S. District Court for the Southern District of New York's Rules on Electronic Service upon the following parties and participants:

> James B. Kobak, Jr.
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, New York 10004

_____
Michael Pampalone