UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DATE FILED: 5/27/08

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>Defendant. | Civil Action No. 08-cv-3693 (HB) (AJP)<br><br>STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR TOSHIBA CORPORATION TO RESPOND TO COMPLAINT |

*[handwritten annotation: Briefed as of 6/4 or 6/8... Cover letter... at 6/8]*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant TOSHIBA CORPORATION shall have until June 4, 2008 to answer, move or otherwise plead to the complaint filed herein by Plaintiff DISCOVISION ASSOCIATES.

This is the first request for an order setting the time for Defendant to respond to the complaint. Pursuant to the Individual Practices of Judge Harold Baer, Jr., a current copy of the docket report is attached.

**HUGHES HUBBARD & REED LLP**
Attorneys for Plaintiff
DISCOVISION ASSOCIATES

By: _/s/ James B. Kobak/_
James B. Kobak, Jr.
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

**COLUCCI & UMANS**
Attorneys for Defendant
TOSHIBA CORPORATIOIN

By: _/s/ Frank J. Colucci_
Frank J. Colucci
218 East 50th Street
New York, New York 10022-7681
(212) 935-5700

So Ordered:

This 27 day of May 2008

_/s/ Harold Baer_
HAROLD BAER, JR., U.S.D.J