SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Discovision Associates,    Plaintiff,

- against -

Toshiba Corporation,    Defendant.

____8____ cv ____3693____ (HB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frank J. Colucci a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Paul A. Stewart
Firm Name:          KNOBBE, MARTENS, OLSON & BEAR LLP
Address:            2040 Main Street, 14th Floor
City/State/Zip:     Irvine, CA 92614
Phone Number:       (949) 760-0404
Fax Number:         (949) 760-9502

Paul A. Stewart is a member in good standing of the Bar of the States of California.

There are no pending disciplinary proceeding against Paul A. Stewart in any State or Federal court.

Dated: May 22, 2008
City, State: New York, New York

Respectfully submitted,

_Frank J Colucci_
Sponsor's  FC-8441
SDNY Bar
Firm Name:       COLUCCI & UMANS
Address:         218 East 50th Street
City/State/Zip:  New York, New York 10022-7681
Phone Number:    (212) 935-5700
Fax Number:      (212) 935-5728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>　　　　　Defendant. | Civil Action No. 08-cv-3693 (HB) (AJP)<br><br>ECF CASE<br><br><br><br>AFFIDAVIT OF FRANK J. COLUCCI IN SUPPORT OF MOTION TO ADMIT PAUL A. STEWART COUNSEL *PRO HAC VICE* |

　　　　Frank J. Coucci, being duly sworn, hereby deposes and says as follows:

　　　　1.　　I am a member of Colucci & Umans, counsel for defendant in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Paul A. Stewart as counsel *pro hac vice* to represent Defendant in this matter.

　　　　2.　　Paul A. Stewart is a member of the law firm of Knobbe, Martens, Olson and Bear LLP located at 2040 Main Street, 14th Floor, Irvine, CA 92614-3641. Mr. Stewart's email address is pstewart@kmob.com.

　　　　3.　　Paul A. Stewart is an experienced and well-respected lawyer in good standing of the Bar of the State of California. Mr. Stewart is experienced in federal Practice and is familiar with the Federal Rules of Procedure. A Certificate of Good Standing issued within thirty days hereof is appended hereto as Exhibit A.

　　　　4.　　Accordingly, I am pleased to move for admission of Mr. Stewart *pro hac vice*.

5. I respectfully submit a proposed order granting admission of Paul A. Stewart, *pro hac vice*, which I attach hereto as Exhibit B.

6. The undersigned who is a member in good standing of the Bar of the State of New York and admitted to practice before this Court and whose firm, Colucci & Umans, has its offices in New York, New York, will act as local counsel in this action.

Respectfully submitted,

By: *[signature]*
Frank J. Colucci (FC-8441)

DATED: May 22, 2008

STATE OF NEW YORK    :
                     :ss
COUNTY OF NEW YORK   :

On May 22, 2008, before me personally came the above individual, to me known, and known to me to be the person described in and who executed the foregoing Agreement, and duly acknowledged to me that he/she executed the same.

*[signature]*
Notary Public          [Seal]

MICHAEL J. PAMPALONE III
Notary Public, State of New York
No. 02PA6136813
Qualified in New York County
Commission Expires Nov. 14, 2009

## CERTIFICATE OF SERVICE

    It is hereby certified that the undersigned has served a true and correct copy of the foregoing DEFENDANT'S MOTION TO ADMIT IRFAN LATEEF AS COUNSEL PRO HAC VICE via facsimile and FEDEX on plaintiff's attorneys, James B. Kobak, Jr., Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004 on this 22nd day of May 2008.

_____
Michael J. Pampalone, III

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639               TELEPHONE: 888-800-3400

May 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PAUL ADAM STEWART, #153467 was admitted to the practice of law in this state by the Supreme Court of California on June 18, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Discovision Associates,    Plaintiff,

- against -

Toshiba Corporation,    Defendant.

8  cv  3693    (HB )

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Frank J. Colucci    attorney for  Defendant Toshiba Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Paul A. Stewart

Firm Name:   KNOBBE, MARTENS, OLSON & BEAR LLP

Address:   2040 Main Street, 14th Floor

City/State/Zip:   Irvine, CA 92614

Telephone/Fax:   (949) 760-0404

Email Address:   (949) 760-9502

is admitted to practice pro hac vice as counsel for   Defendant Toshiba Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

It is hereby certified that on May 23, 2008, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the U.S. District Court for the Southern District of New York's Local Rules, and/or the U.S. District Court for the Southern District of New York's Rules on Electronic Service upon the following parties and participants:

James B. Kobak, Jr.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Katherine Lyon