HUGHES HUBBARD & REED LLP
William T. Bisset (bisset@hugheshubbard.com)
350 South Grand Avenue
36th Floor
Los Angeles, California 90071-3442
Tel: (213) 613-2881

HUGHES HUBBARD & REED LLP
James B. Kobak, Jr. (kobak@hugheshubbard.com)
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>    Defendant. | No. 08 Civ. 3693 (HB)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the declaration of Dale Tarzia, dated May 8, 2008, Plaintiff's Statement Of Material Facts As To Which There Is No Genuine Dispute Pursuant To Local Civil Rule 56.1, dated May 28, 2008, the Memorandum of Law in support hereof dated, May 28, 2008, and all the prior pleadings and proceedings held herein, Plaintiff Discovision Associates, by its undersigned attorneys, hereby moves this Court, before the Honorable Harold Baer, on a date to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment in favor of Plaintiff and against Defendant Toshiba Corporation on Plaintiff's First Claim for Relief (Breach

of Contract Regarding Audit), and such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 28, 2008

                                       HUGHES HUBBARD & REED LLP

                                       William T. Bisset
                                       350 South Grand Avenue
                                       36th Floor
                                       Los Angeles, California  90071-3442
                                       Tel:  (213) 613-2881
                                       Fax:  (213) 613-2950
                                       email:  bisset@hugheshubbard.com

                                       HUGHES HUBBARD & REED LLP

                                       James B. Kobak Jr.
                                       One Battery Park Plaza
                                       New York, New York  10004-1482
                                       Tel:  (212) 837-6757
                                       Fax:  (212) 422-4726
                                       email:  kobak@hugheshubbard.com

                                       By: _____
                                                James B. Kobak, Jr.
                                                *Attorneys for Plaintiff*
                                                *Discovision Associates*

To:    Frank J. Colucci
         Colucci & Umans
         218 East 50th Street
         New York, New York  10022-7681

         *Attorneys for Defendant Toshiba Corporation*

2

40028555_3.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DISCOVISION ASSOCIATES, a California partnership,

          Plaintiff,

    v.

TOSHIBA CORPORATION, a Japanese corporation,

          Defendant.

No. 08 Civ. 3693 (HB)

**AFFIDAVIT OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK........)
        ss.:
COUNTY OF NEW YORK....)

  Margaret Murphy, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed LLP, attorneys for Plaintiff herein.

  That on May 28, 2008, at approximately 3:15 p.m., deponent served **NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, PLANTIFF'S STATEMENT OF MATERIAL FACTS,** and **DECLARATION OF DALE TARZIA IN SUPPORT**, by hand upon:

  Frank J. Colucci
  Colucci & Umans
  218 East 50th Street
  New York, New York 10022-7681

By personally leaving true copies with a person of suitable age and discretion who stated that he was authorized to accept service on behalf of Colucci & Umans.

             _____
             MARGARET MURPHY
             License Number 1267699

Sworn to before me this
28th day of May, 2008

_____
Notary Public

PATRICIA E. SMITH
Notary Public, State of New York
No. 1SM4796951
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 30, 20 11