UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>　　　　　Defendant. | Civil Action No. 08-cv-3693 (HB) (AJP)<br><br>**TOSHIBA CORPORATION'S DISCLOSURE STATEMENT**<br>**[FED. R. CIV. P. 7.1]** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Toshiba Corporation ("Toshiba"), through its attorneys, hereby states that Toshiba is a publicly held Japanese corporation. Toshiba further states that it has no parent corporations and there are no publicly held corporations that own more than 10% of its stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 4, 2008　　　　　　　　By: _/s/ Frank J. Colucci_
　　　　　　　　　　　　　　　　　　Frank J. Colucci (FC-8441)
　　　　　　　　　　　　　　　　　　COLUCCI & UMANS
　　　　　　　　　　　　　　　　　　218 East 50th Street
　　　　　　　　　　　　　　　　　　New York, NY 10022-7681
　　　　　　　　　　　　　　　　　　(212) 415-8700

　　　　　　　　　　　　　　　　　　Paul A. Stewart (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Irfan A. Lateef (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Reza Mirzaie (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　KNOBBE, MARTENS, OLSON & BEAR, LLP
　　　　　　　　　　　　　　　　　　2040 Main Street, 14th Floor
　　　　　　　　　　　　　　　　　　Irvine, CA 92614
　　　　　　　　　　　　　　　　　　(949) 760-0404

　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　TOSHIBA CORPORATION

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2008, he caused a copy of the foregoing Toshiba Corporation's Disclosure Statement [Fed. R. Civ. P. 7.1] to be served on Plaintiff's counsel listed below by filing a copy with the CM/ECF system.

James B. Kobak, Jr.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004

William T. Bisset
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-34442

 */s/ Frank J. Colucci*
Frank J. Colucci

5469351
060308