**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Discovision Associates,         Plaintiff,

                                                    8    cv    3693    ( HB )

- against -

Toshiba Corporation,            Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Frank J. Colucci   attorney for  Defendant Toshiba Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Irfan A. Lateef |
| Firm Name: | KNOBBE, MARTENS, OLSON & BEAR LLP |
| Address: | 2040 Main Street, 14th Floor |
| City/State/Zip: | Irvine, CA 92614 |
| Telephone/Fax: | (949) 760-0404 |
| Email Address: | (949) 760-9502 |

is admitted to practice pro hac vice as counsel for  Defendant Toshiba Corporation  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

*Application for Pro Hac Vice
GRANTED: The Clerk is
instructed to close this motion.*

Dated:
City, State:

SO ORDERED.
Hon. Harold Baer, Jr., U.S.D.J.
Date: 6/4/08

United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>Defendant. | Civil Action No. 08-cv-3693 (HB) (AJP)<br><br>ECF CASE<br><br>AFFIDAVIT OF FRANK J. COLUCCI IN SUPPORT OF MOTION TO ADMIT IRFAN A. LATEEF COUNSEL *PRO HAC VICE* |

Frank J. Coucci, being duly sworn, hereby deposes and says as follows:

1. I am a member of Colucci & Umans, counsel for defendant in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Irfan A. Lateef as counsel *pro hac vice* to represent Defendant in this matter.

2. Irfan A. Lateef is a member of the law firm of Knobbe, Martens, Olson and Bear LLP located at 2040 Main Street, 14th Floor, Irvine, CA 92614-3641. Mr. Lateef's email address is ilateef@kmob.com.

3. Irfan A. Lateef is an experienced and well-respected lawyer in good standing of the Bar of the State of California. Mr. Lateef is experienced in federal Practice and is familiar with the Federal Rules of Procedure. A Certificate of Good Standing issued within thirty days hereof is appended hereto as Exhibit A.

4. Accordingly, I am pleased to move for admission of Mr. Lateef *pro hac vice*.

-1-

5.   I respectfully submit a proposed order granting admission of Irfan A. Lateef, *pro hac vice*, which I attach hereto as Exhibit B.

6.   The undersigned who is a member in good standing of the Bar of the State of New York and admitted to practice before this Court and whose firm, Colucci & Umans, has its offices in New York, New York, will act as local counsel in this action.

Respectfully submitted,

By: *Frank J. Colucci*
Frank J. Colucci (FC-8441)

DATED: June 3, 2008

STATE OF NEW YORK       :
                        :ss
COUNTY OF NEW YORK   :

On June 3, 2008, before me personally came the above individual, to me known, and known to me to be the person described in and who executed the foregoing Agreement, and duly acknowledged to me that he/she executed the same.

Notary Public                    [Seal]

MICHAEL J. PAMPALONE III
Notary Public, State of New York
No. 02PA6136813
Qualified in New York County
Commission Expires Nov. 14, 2009

-2-

# EXHIBIT A

THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639　　　　TELEPHONE: 888-800-3400

May 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IRFAN AHMED LATEEF, #204004 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

It is hereby certified that on May 23, 2008, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the U.S. District Court for the Southern District of New York's Local Rules, and/or the U.S. District Court for the Southern District of New York's Rules on Electronic Service upon the following parties and participants:

        James B. Kobak, Jr.
        Hughes Hubbard & Reed LLP
        One Battery Park Plaza
        New York, New York 10004

_____
Katherine Lyon

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Discovision Associates,    Plaintiff,

- against -

Toshiba Corporation,    Defendant.

_8_ cv _3693_ (HB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frank J. Colucci a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Irfan A. Lateef
Firm Name: KNOBBE, MARTENS, OLSON & BEAR LLP
Address: 2040 Main Street, 14th Floor
City/State/Zip: Irvine, CA 92614
Phone Number: (949) 760-0404
Fax Number: (949) 760-9502

Irfan A. Lateef is a member in good standing of the Bar of the States of California.

There are no pending disciplinary proceeding against Irfan A. Lateef in any State or Federal court.

Dated: May 22, 2008
City, State: New York, New York

Respectfully submitted,

*[signature]*

Sponsor's SDNY Bar: FC-8441
Firm Name: COLUCCI & UMANS
Address: 218 East 50th Street
City/State/Zip: New York, New York 10022-7681
Phone Number: (212) 935-5700
Fax Number: (212) 935-5728

SDNY Form Web 10/2006