HUGHES HUBBARD & REED LLP
William T. Bisset (bisset@hugheshubbard.com)
350 South Grand Avenue
36th Floor
Los Angeles, California 90071-3442
Tel: (213) 613-2881

HUGHES HUBBARD & REED LLP
James B. Kobak, Jr. (kobak@hugheshubbard.com)
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>        Plaintiff,<br><br>        v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>        Defendant. | No. 08 Civ. 3693 (HB) |

**CERTIFICATE OF SERVICE**

40031360_1.DOC

The undersigned hereby certifies that on June 30, 2008, he caused a copy of the foregoing PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT to be served on defendant's counsel listed below by filing a copy with CM/ECF system.

Frank J. Colucci
Colucci & Umans
218 East 50th Street
New York, New York 10022-7681

Paul A. Stewart
Knobbe Martens Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, California 92614

*Attorneys for Defendant Toshiba Corporation*

William T. Bisset