UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES, a California partnership,<br><br>   Plaintiff,<br>   v.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>   Defendant. | Civil Action No. 08-cv-3693 (HB) (AJP)<br>ECF Case<br><br>**NOTICE REGARDING SERVICE** |

Notice is hereby given to the Plaintiff and to the Court that Toshiba Corporation received the Summons and Complaint for the instant action, in English and Japanese, along with a related Hague Convention Summary Coversheet, from the Tokyo District Court on July 29, 2008.

Respectfully submitted,

Dated: August 5, 2008      By: /s/ Irfan A. Lateef
　　　　　　　　　　　　　　　Frank J. Colucci (FC-8441)
　　　　　　　　　　　　　　　COLUCCI & UMANS
　　　　　　　　　　　　　　　218 East 50th Street
　　　　　　　　　　　　　　　New York, NY 10022-7681
　　　　　　　　　　　　　　　Telephone: (212) 935-5700
　　　　　　　　　　　　　　　Facsimile: (2121) 935-5728
　　　　　　　　　　　　　　　Email: fcolucci@colucci-umans.com

　　　　　　　　　　　　　　　Paul A. Stewart (*Pro Hac Vice*)
　　　　　　　　　　　　　　　Irfan A. Lateef (*Pro Hac Vice*)
　　　　　　　　　　　　　　　Reza Mirzaie (*Pro Hac Vice*)
　　　　　　　　　　　　　　　KNOBBE, MARTENS, OLSON & BEAR, LLP
　　　　　　　　　　　　　　　2040 Main Street, 14th Floor
　　　　　　　　　　　　　　　Irvine, CA 92614
　　　　　　　　　　　　　　　Telephone: (949) 760-0404
　　　　　　　　　　　　　　　Facsimile: (949) 760-9502
　　　　　　　　　　　　　　　Email: paul.stewart@kmob.com
　　　　　　　　　　　　　　　Email: irfan.lateef@kmob.com
　　　　　　　　　　　　　　　Email: reza.mirzaie@kmob.com

　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　TOSHIBA CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2008, he caused a copy of the foregoing Notice Regarding Service to be served on Plaintiff's counsel listed below by filing a copy with the CM/ECF system.

James B. Kobak, Jr.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004

William T. Bisset
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-34442

/s/ Irfan A. Lateef
Irfan A. Lateef

5744692