UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
Discovision Associates,
   Plaintiff,

    -v-

Toshiba Corp.,
   Defendant.
-------------------------------------------------------------- x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 CV 3693 (HB)(AJP)

Peck

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

___   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
     Purpose:_____
___   Habeas Corpus
___   Social Security
___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: ____

\* Do not check if already referred for general pretrial.

Dated   6/15/08

SO ORDERED: [signature]
_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08