UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DISCOVISION ASSOCIATES,                          :

               Plaintiff,               :

            -against-                           :

TOSHIBA CORPORATION,                             :

              Defendant.               :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___8/20/08___

08 Civ. 3693 (HB) (AJP)

**ORDER SCHEDULING**
**DISCOVERY CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for September 10, 2008

at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be

provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is

attached.

SO ORDERED.

Dated:      New York, New York
            August 20, 2008

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:    James B. Kobak, Jr., Esq.
                             William T. Bisset, Esq.
                             Irfan A. Lateef, Esq.
                             Frank J. Colucci, Esq.
                             Judge Harold Baer, Jr.

C:\ORD\Order Scheduling Status Conference