# COLUCCI & UMANS

218 EAST 50TH STREET
NEW YORK, NEW YORK 10022-7681

TELEPHONE (212) 935-5700
FACSIMILE (212) 935-5728
email@colucci-umans.com
www.colucci-umans.com

FRANK J. COLUCCI, P.C.
COURTNEY WILSON MONAHAN, P.C.
W. BRANT MOSSOP, P.C.
GREGORY J. COLUCCI, P.C.
RICHARD P. JACOBSON, P.C.
SUSAN B. JACOBSON
DAVID M. DAHAN
KATHLEEN M. McGANN
GEORGANN M. CALLAGHAN
ANDREA PELAEZ
MICHAEL J. PAMPALONE, III

OF COUNSEL
NOTARO & MICHALOS P.C.

KENNETH R. UMANS
(1944-1998)

WESTCHESTER OFFICE

670 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583-5025
TELEPHONE (914) 472-1500
FACSIMILE (914) 472-1551
scarsdale@colucci-umans.com

August 26, 2008

VIA FACSIMILE
(212) 805-7933

RECEIVED
AUG 26 2008
CHAMBERS OF
ANDREW J. PECK

MEMO ENDORSED

The Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007

Re: Discovision Associates v. Toshiba Corporation
08 CV 3693 (HB) (AJP) (S.D.N.Y.)
Our File D680-002

Dear Judge Peck:

We represent the defendant, Toshiba Corporation, in the above-captioned civil action. We write regarding the conference that is scheduled to take place before Your Honor on September 10, 2008, the subject matter of which is plaintiff Discovision Associates' proposed motion to compel discovery from Toshiba.

The Court has not yet been informed of the issues to be raised by Discovision's proposed motion to compel. Toshiba believes that the issues, though presented in the context of a discovery motion, could as a practical matter be case dispositive. Accordingly, Toshiba's counsel will be traveling from California to attend the conference. In an attempt to maximize the effectiveness and efficiency of this conference, we respectfully request that the Court allow the parties to submit brief papers identifying the issues that underlie Discovision's proposed Motion to Compel prior to the September 10th conference, with full briefing to follow the conference if the Court believes the Motion to Compel should proceed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/2/08

COLUCCI & UMANS

The Honorable Andrew J. Peck   -2-   August 26, 2008

Respectfully submitted,

*Frank J. Colucci*

Frank J. Colucci

FJC:gg

cc: William T. Bisset, Esq.
HUGHES HUBBARD & REED LLP
350 South Grand Avenue
Los Angeles, California 90071-3442
Phone: (213) 613-2800
Fax: (213) 613-2950
bisset@hugheshubbard.com
*Via electronic mail*

James B. Kobak, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Phone: (212) 837-6000
Fax: (212) 422-4726
kobak@hugheshubbard.com
*Via electronic mail*

*Attorneys for Plaintiff, Discovision Associates*

Irfan A. Lateef, Esq.
Paul Stewart, Esq.
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, California 92614
Tel: 949-760-0404
Fax: 949-760-9502
2ial@kmob.com
pstewart@kmob.com
*Via electronic mail*

*Attorneys for Defendant, Toshiba Corporation*

---

**MEMO ENDORSED** 9/2/08

I WILL READ ANY SHORT SUBMISSIONS THAT EITHER [SIDE] WISHES TO SUBMIT.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

cc: Mr. Colucci — fax
    All Counsel — ECF

**MEMO ENDORSED.**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in counsel's case file. Do not fax or mail such verification to Chambers.

[Stamp: BY FAX]